# U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:23–cv–00770–JKB

| | |
|---|---|
| Konnech, Inc. v. True The Vote, Inc. | Date Filed: 03/20/2023 |
| Assigned to: Chief Judge James K. Bredar | Date Terminated: 03/27/2023 |
| Referred to: Magistrate Judge Brendan Abell Hurson (Settlement) | Jury Demand: None |
| Cause: Motion to Quash | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Konnech, Inc.**

V.

**Petitioner**

| | | |
|---|---|---|
| **Cain & Associates, LLC** | represented by | **Holly Drumheller Butler**<br>Miles & Stockbridge P.C.<br>100 Light Street<br>10th Floor<br>Baltimore, MD 21202<br>14103853829<br>Fax: 14103853700<br>Email: hbutler@milesstockbridge.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **True The Vote, Inc.** | represented by | **Holly Drumheller Butler**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 03/20/2023 | 1 | MOTION to Quash by Cain & Associates, LLC(bas, Deputy Clerk) (Additional attachment(s) added on 3/20/2023: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order) (bas, Deputy Clerk). (Entered: 03/20/2023) |
| 03/21/2023 | 2 | ORDER REFERRING CASE to Magistrate Judge Brendan Abell Hurson for Settlement/Informal Discovery Dispute Resolution Conference. Signed by Chief Judge James K. Bredar on 3/21/2023. (hmls, Deputy Clerk) (Entered: 03/21/2023) |
| 03/27/2023 | 3 | MOTION to Transfer Case by Cain & Associates, LLC, True The Vote, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Text of Proposed Order)(Butler, Holly) |

| | | |
|---|---|---|
| | | (Entered: 03/27/2023) |
| 03/27/2023 | 4 | ORDER Granting 3 Motion to Transfer Case. Signed by Chief Judge James K. Bredar on 3/27/2023. (bas, Deputy Clerk) (Entered: 03/28/2023) |